[No. 59694-2-I.  Division One.  December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NIKEEMIA COUCIL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10843-1, Andrea A. Darvas, J., entered March 5, 2007. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Agid, JJ.

[No. 33257-4-II.  Division Two.  December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN HOWARD ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02108-9, D. Gary Steiner and John A. McCarthy, JJ., entered May 12, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 35216-8-II.  Division Two.  December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00021-5, Toni A. Sheldon, J., entered August 17, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35589-2-II.  Division Two.  December 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE DE JESUS SOLTERO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02437-2, Frederick W. Fleming and Lisa R. Worswick, JJ., entered October 20, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.